# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Rene Encinas-Martinez,<br><br>Defendant. | No. CR-19-02249-001-TUC-JGZ (EJM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation by United States Magistrate Judge Eric J. Markovich, recommending that the Court find that Defendant Rene Encinas-Martinez violated Allegation C, failure to participate in substance abuse treatment. (Doc. 139.) The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Markovich's Report and Recommendation (Doc. 139) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.
3. Final Disposition Hearing IS SET FOR March 7, 2023 at 10:30 a.m. before this Court.

Dated this 19th day of January, 2023.

Honorable Jennifer G. Zipps
United States District Judge